No. 23-15234

_____

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

_____

PAUL A. ISAACSON, M.D., ET AL.,
*Plaintiffs-Appellants,*

v.

KRISTIN K. MAYES, ATTORNEY GENERAL OF ARIZONA, IN HER
OFFICIAL CAPACITY, ET AL.,
*Defendants-Appellees.*

On Appeal from the United States district court for the District of Arizona
No. 2:21-cv-01417-DLR

_____

### PLAINTIFFS-APPELLANTS' EXCERPTS OF RECORD
### INDEX VOLUME

_____

Jessica Sklarsky
Gail Deady
Catherine Coquillette
Center For Reproductive Rights
199 Water Street
New York, NY 10038
Telephone: (917) 637-3600
jsklarsky@reprorights.org
gdeady@reprorights.org
ccoquillette@reprorights.org

*Counsel for Paul A. Isaacson, M.D.,*
*National Council of Jewish Women*
*(Arizona Section), Inc., and Arizona*
*National Organization for Women*

Jared G. Keenan
American Civil Liberties Union
 Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
jkeenan@acluaz.org

*Counsel for Plaintiffs-*
*Appellants*

[Additional Counsel Below]

Jen Samantha D. Rasay
Center For Reproductive Rights
1634 Eye Street, NW, Suite 600
Washington, DC 20006
Telephone: (202) 628-0286
jrasay@reprorights.org

Beth Wilkinson
Anastasia Pastan
Anthony Ferrara
Elizabeth Keys
Wilkinson Stekloff LLP
2001 M Street, NW
10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
aferrara@wilkinsonstekloff.com
ekeys@wilkinsonstekloff.com

Ralia Polechronis
Justin Mungai
Wilkinson Stekloff LLP
130 West 42nd Street
24th Floor
New York, NY 10036
Telephone: (212) 294-9410
rpolechronis@wilkinsonstekloff.com
jmungai@wilkinsonstekloff.com

*Counsel for Paul A. Isaacson, M.D.,
National Council of Jewish Women
(Arizona Section), Inc., and Arizona
National Organization for Women*

Alexa Kolbi-Molinas
Rebecca Chan
Ryan Mendías
Lindsey Kaley
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2633
akolbi-molinas@aclu.org
rebeccac@aclu.org
rmendias@aclu.org
lkaley@aclu.org

*Counsel for Eric M. Reuss, M.D.,
M.P.H., and Arizona Medical
Association*

| ECF NO. | DATE | DESCRIPTION | VOL. | ER NOS. |
|---|---|---|---|---|
| 152 | 1/19/23 | Order Denying Preliminary Injunction | 1 | 3–14 |
| 161 | 2/17/23 | Arizona Department of Health Services' Response to Motion to Intervene | 2 | 17–19 |
| 160 | 2/17/23 | Arizona Attorney General's Response to Motion to Intervene | 2 | 20–21 |
| 158 | 2/17/23 | Arizona Medical Board's Response to Motion to Intervene | 2 | 22–24 |
| 145 | 12/07/22 | Order Requesting Supplemental Briefing | 2 | 25–27 |
|  | 10/25/22 | Oral Argument Transcript | 2 | 28–113 |
| 125 | 9/02/22 | Renewed Motion for Preliminary Injunction | 2 | 114–139 |
| 125-1 | 9/02/22 | Index of Exhibits in Support of Renewed Motion for Preliminary Injunction | 2 | 140–141 |
| 125-2 | 9/02/22 | Exhibits in Support of Renewed Motion for Preliminary Injunction | 2 | 142–155 |
| 52 | 9/28/21 | Order Partially Granting Preliminary Injunction | 2 | 156–185 |
| 10 | 8/17/21 | Motion for Preliminary Injunction | 2 | 186–216 |
| 10-1 | 8/17/21 | Index of Exhibits in Support of Motion for Preliminary Injunction | 2 | 217–218 |
| 10-2 | 8/17/21 | Exhibits in Support of Motion for Preliminary Injunction | 2 | 219–299 |
| 162 | 2/21/23 | Notice of Appeal | 3 | 302–306 |
|  |  | Docket Sheet | 3 | 307–339 |