No. 23-15234

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

PAUL A. ISAACSON, M.D., ET AL.,
*Plaintiffs-Appellants,*

v.

KRISTIN K. MAYES, ATTORNEY GENERAL OF ARIZONA, IN HER
OFFICIAL CAPACITY, ET AL.,
*Defendants-Appellees.*

On Appeal from the United States district court for the District of Arizona
No. 2:21-cv-01417-DLR

_____

## PLAINTIFFS-APPELLANTS' EXCERPTS OF RECORD
## VOLUME 3 OF 3

_____

Jessica Sklarsky
Gail Deady
Catherine Coquillette
Center For Reproductive Rights
199 Water Street
New York, NY 10038
Telephone: (917) 637-3600
jsklarsky@reprorights.org
gdeady@reprorights.org
ccoquillette@reprorights.org

*Counsel for Paul A. Isaacson, M.D.,
National Council of Jewish Women
(Arizona Section), Inc., and Arizona
National Organization for Women*

Jared G. Keenan
American Civil Liberties Union
    Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Telephone: (602) 650-1854
jkeenan@acluaz.org

*Counsel for Plaintiffs-
Appellants*

[Additional Counsel Below]

Jen Samantha D. Rasay
Center For Reproductive Rights
1634 Eye Street, NW, Suite 600
Washington, DC 20006
Telephone: (202) 628-0286
jrasay@reprorights.org

Beth Wilkinson
Anastasia Pastan
Anthony Ferrara
Elizabeth Keys
Wilkinson Stekloff LLP
2001 M Street, NW
10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com
aferrara@wilkinsonstekloff.com
ekeys@wilkinsonstekloff.com

Ralia Polechronis
Justin Mungai
Wilkinson Stekloff LLP
130 West 42nd Street
24th Floor
New York, NY 10036
Telephone: (212) 294-9410
rpolechronis@wilkinsonstekloff.com
jmungai@wilkinsonstekloff.com

*Counsel for Paul A. Isaacson, M.D.,
National Council of Jewish Women
(Arizona Section), Inc., and Arizona
National Organization for Women*

Alexa Kolbi-Molinas
Rebecca Chan
Ryan Mendías
Lindsey Kaley
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2633
akolbi-molinas@aclu.org
rebeccac@aclu.org
rmendias@aclu.org
lkaley@aclu.org

*Counsel for Eric M. Reuss, M.D.,
M.P.H., and Arizona Medical
Association*

Jared G. Keenan (027068)
American Civil Liberties Union
Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
jkeenan@acluaz.org
*Counsel for Plaintiffs*

Jessica Leah Sklarsky, *pro hac vice*
Gail Deady, *pro hac vice*
Catherine Coquillette, *pro hac vice*
Center For Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Telephone: (917) 637-3600
jsklarsky@reprorights.org
gdeady@reprorights.org
ccoquillette@reprorights.org
*Counsel for Paul A. Isaacson, M.D.,*
*National Council of Jewish Women*
*(Arizona Section), Inc. and Arizona*
*National Organization for Women*

COUNSEL CONTINUED
ON NEXT PAGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Paul A. Isaacson, M.D., on behalf of himself and his patients, et al., | |
| Plaintiffs, | Case No. 2:21-CV-01417-DLR |
| v. | **PLAINTIFFS' NOTICE OF APPEAL** |
| Kristin K. Mayes, Attorney General of Arizona, in her official capacity; et al., | |
| Defendants. | **PRELIMINARY INJUNCTION APPEAL** |

1

Jen Samantha D. Rasay, *pro hac vice*
Center For Reproductive Rights
1634 Eye Street, NW, Suite 600
Washington, DC 20006
Telephone: (202) 628-0286
jrasay@reprorights.org

Beth Wilkinson, *pro hac vice*
Anastasia Pastan, *pro hac vice*
Wilkinson Stekloff LLP
2001 M Street, NW
10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com

Ralia Polechronis, *pro hac vice*
Wilkinson Stekloff LLP
130 West 42nd Street 24th Floor
New York, NY 10036
Telephone: (212) 294-9410
rpolechronis@wilkinsonstekloff.com
*Counsel for Paul A. Isaacson, M.D.,*
*National Council of Jewish Women*
*(Arizona Section), Inc. and Arizona*
*National Organization for Women*

Alexa Kolbi-Molinas, *pro hac vice*
Rebecca Chan, *pro hac vice*
Ryan Mendías, *pro hac vice*
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2633
akolbi-molinas@aclu.org
rebeccac@aclu.org
rmendias@aclu.org
*Counsel for Eric M. Reuss, M.D., M.P.H.,*
*and Arizona Medical Association*

3-ER-303

# NOTICE OF APPEAL

Pursuant to 28 U.S.C. §§ 1291 and 1292, Plaintiffs hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order entered on January 19, 2023 in this action (Doc. 152), denying Plaintiffs' renewed request for preliminary injunction as it applies to Sections 2, 10, 11, and 13 of S.B. 1457, 55th Leg., 1st Reg. Sess. (Ariz. 2021), A.R.S. §§ 13-3603.02(A)(2), (B)(2), (D), (E), 36-2157(A)(1), 36-2158(A)(2)(d), 36-2161(A)(25), on the grounds that Plaintiffs' claim is not justiciable.

Plaintiffs are: Paul A. Isaacson, M.D., on behalf of himself and his patients; Eric M. Reuss, M.D., M.P.H., on behalf of himself and his patients; National Council of Jewish Women (Arizona Section), Inc.; Arizona National Organization For Women; and Arizona Medical Association, on behalf of itself, its members, and its members' patients.

RESPECTFULLY SUBMITTED on this 21st day of February, 2023.

By: */s/ Jessica Leah Sklarsky*

Jessica Leah Sklarsky, *pro hac vice*
Gail Deady, *pro hac vice*
Catherine Coquillette, *pro hac vice*
Center For Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
Telephone: (917) 637-3600
jsklarsky@reprorights.org
gdeady@reprorights.org
ccoquillette@reprorights.org

Jen Samantha D. Rasay, *pro hac vice*
Center For Reproductive Rights
1634 Eye Street, NW, Suite 600
Washington, DC  20006
Telephone: (202) 628-0286
jrasay@reprorights.org

Beth Wilkinson, *pro hac vice*
Anastasia Pastan, *pro hac vice*
Wilkinson Stekloff LLP
2001 M Street, NW
10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonstekloff.com
apastan@wilkinsonstekloff.com

Ralia Polechronis, *pro hac vice*
Wilkinson Stekloff LLP
130 West 42nd Street 24th Floor
New York, NY 10036
Telephone: (212) 294-9410
rpolechronis@wilkinsonstekloff.com

*Counsel for Paul A. Isaacson, M.D.,
National Council of Jewish Women
(Arizona Section), Inc. and Arizona
National Organization for Women*

Jared G. Keenan (027068)
American Civil Liberties Union
Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
jkeenan@acluaz.org

*Counsel for Plaintiffs*

Alexa Kolbi-Molinas, *pro hac vice*
Rebecca Chan, *pro hac vice*
Ryan Mendías, *pro hac vice*
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2633
akolbi-molinas@aclu.org
rebeccac@aclu.org
rmendias@aclu.org

*Counsel for Eric M. Reuss, M.D., M.P.H.,
and Arizona Medical Association*

3-ER-305

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on February 21st 2023, I electronically transmitted the attached

3  document to the Clerk's Office using the CM/ECF System for filing.  All counsel of record

4  are registrants and are therefore served via this filing and transmittal.

5

6                          /s/ *Jessica Leah Sklarsky*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**Query**</u>   <u>**Reports**</u>   <u>**Utilities**</u>   <u>**Help**</u>   **Log Out**

APPEAL,REOPENED,STAY-APPEAL,STD

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:21-cv-01417-DLR

Isaacson et al v. Mayes et al
Assigned to: Judge Douglas L Rayes
Case in other court:  Ninth Circuit, 21-16645- Mandate 06/30/22
                      Ninth Circuit, 21-16711- Mandate 06/30/22
                      Ninth Circuit, 23-15234
Cause: 28:2201 Declaratory Judgment

Date Filed: 08/17/2021
Jury Demand: None
Nature of Suit: 950 Other Statutes:
Constitutionality of State Statutes
Jurisdiction: Federal Question

<u>**Plaintiff**</u>

**Paul A Isaacson**
*M.D., on behalf of himself and his patients*

represented by   **Anastasia Pastan**
Wilkinson Stekloff LLP - Washington, DC
2001 M St. NW, 10th Fl.
Washington, DC 20036
202-804-4239
Fax: 202-847-4005
Email: apastan@wilkinsonstekloff.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Beth A Wilkinson**
Wilkinson Stekloff LLP - Washington, DC
2001 M St. NW, 10th Fl.
Washington, DC 20036
202-847-4010
Fax: 202-847-4005
Email: bwilkinson@wilkinsonstekloff.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Catherine Coquillette**
Center for Reproductive Rights - NY
199 Water St., 22nd Fl.
New York, NY 10038
917-637-3600
Fax: 917-637-3666
Email: ccoquillette@reprorights.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Brooke Nestler**
Center for Reproductive Rights -

Washington, DC
1634 Eye St. NW, Ste. 600
Washington, DC 20006
202-628-0286
Email: enestler@reprorights.org
*TERMINATED: 11/09/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gail Marie Deady**
Center for Reproductive Rights - NY
199 Water St., 22nd Fl.
New York, NY 10038
917-637-3726
Email: gdeady@reprorights.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared G Keenan**
ACLU - Phoenix, AZ
P.O. Box 17148
Phoenix, AZ 85011
602-650-1854
Email: jkeenan@acluaz.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jen Samantha D Rasay**
Center for Reproductive Rights - NY
199 Water St., 22nd Fl.
New York, NY 10038
917-637-3769
Email: jrasay@reprorights.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Leah Sklarsky**
Center for Reproductive Rights - NY
199 Water St., 22nd Fl.
New York, NY 10038
917-637-3764
Fax: 917-637-3666
Email: jsklarsky@reprorights.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ralia E Polechronis**
Wilkinson Stekloff LLP - New York, NY
130 W 42nd St., 24th Fl.
New York, NY 10036

212-294-8922
Fax: 202-847-4005
Email: rpolechronis@wilkinsonstekloff.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria Lopez**
ACLU - Phoenix, AZ
P.O. Box 17148
Phoenix, AZ 85011
602-773-6043
Email: vlopez@acluaz.org
*TERMINATED: 11/02/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric M Reuss**
*M.D., M.P.H,; on behalf of himself and his patients*

represented by **Alexa Kolbi-Molinas**
ACLU - New York, NY
125 Broad St., 18th Fl.
New York, NY 10004
212-549-2633
Fax: 212-549-2651
Email: akolbi-molinas@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anastasia Pastan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Beth A Wilkinson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gail Marie Deady**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared G Keenan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Leah Sklarsky**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsey Kaley**
ACLU - New York, NY
125 Broad St., 18th Fl.
New York, NY 10004
212-519-7823
Email: lkaley@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ralia E Polechronis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca Chan**
ACLU - New York, NY
125 Broad St., 18th Fl.
New York, NY 10004
646-885-8338
Email: rebeccac@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ruth Harlow**
ACLU - New York, NY
125 Broad St., 18th Fl.
New York, NY 10004
646-905-8932
Email: rharlow@aclu.org
*TERMINATED: 01/05/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Mendias**
ACLU - New York, NY
125 Broad St., 18th Fl.
New York, NY 10004
212-549-2500
Email: rmendias@aclu.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria Lopez**
(See above for address)
*TERMINATED: 11/02/2022*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**National Council of Jewish Women**
**(Arizona Section) Incorporated**

represented by **Anastasia Pastan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Beth A Wilkinson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Catherine Coquillette**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Brooke Nestler**
(See above for address)
*TERMINATED: 11/09/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gail Marie Deady**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared G Keenan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jen Samantha D Rasay**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Leah Sklarsky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ralia E Polechronis**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria Lopez**
(See above for address)
*TERMINATED: 11/02/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arizona National Organization For Women**        represented by        **Anastasia Pastan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Beth A Wilkinson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Catherine Coquillette**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily Brooke Nestler**
(See above for address)
*TERMINATED: 11/09/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gail Marie Deady**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared G Keenan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jen Samantha D Rasay**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jessica Leah Sklarsky**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ralia E Polechronis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria Lopez**
(See above for address)
*TERMINATED: 11/02/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arizona Medical Association**
*on behalf of itself, its members and its
members patients*

represented by    **Alexa Kolbi-Molinas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anastasia Pastan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Beth A Wilkinson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jared G Keenan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica Leah Sklarsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lindsey Kaley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ralia E Polechronis**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rebecca Chan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ruth Harlow**
(See above for address)
*TERMINATED: 01/05/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Mendias**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victoria Lopez**
(See above for address)
*TERMINATED: 11/02/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Jennifer Cunico**
*Replacing Don Herrington as the Interim Director of Arizona Department of Health Services*

represented by **Aubrey Joy Corcoran**
Office of the Attorney General - Phoenix - Civil
1275 W Washington St.
Phoenix, AZ 85007
602-542-8890
Fax: 602-542-8308
Email: AubreyJoy.Corcoran@azag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin D Ray**
Office of the Attorney General - Phoenix
2005 N Central Ave.
Phoenix, AZ 85004-1592
602-542-8328
Fax: 602-364-0700
Email: Kevin.Ray@azag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

3-ER-314

**Kris Mayes**
*(Attorney General of Arizona, in her official capacity)*

represented by **Alexander Samuels**
Arizona Attorney General's Office
2005 N Central Ave.
Phoenix, AZ 85004
602-542-5252
Fax: 602-542-8308
Email: alexander.samuels@azag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Roman Napolitano**
Bergin Frakes Smalley & Oberholtzer
PLLC
4343 E Camelback Rd., Ste. 210
Phoenix, AZ 85018
602-848-5449
Email: anapolitano@bfsolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Bergin**
Bergin Frakes Smalley & Oberholtzer
PLLC
4343 E Camelback Rd., Ste. 210
Phoenix, AZ 85018
602-888-7861
Email: bbergin@bfsolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brunn Wall Roysden , III**
Office of the Attorney General - Phoenix
2005 N Central Ave.
Phoenix, AZ 85004-1592
602-542-8540
Fax: 602-798-5595
Email: beau@fusion.law
*TERMINATED: 10/17/2022*
*LEAD ATTORNEY*

**Joshua David R Bendor**
Arizona Attorney General's Office
2005 N Central Ave.
Phoenix, AZ 85004
602-542-8958
Email: joshua.bendor@azag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Shawn Catlett**
Office of the Attorney General - Phoenix
2005 N Central Ave.
Phoenix, AZ 85004-1592
602-542-7751

Email: michael.catlett@azag.gov
*TERMINATED: 01/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate Blakeley Sawyer**
Office of the Attorney General - Phoenix
2005 N Central Ave.
Phoenix, AZ 85004-1592
602-542-8304
Email: kate.sawyer@azag.gov
*TERMINATED: 12/16/2022*
*ATTORNEY TO BE NOTICED*

**Katlyn Jo Divis**
Office of the Attorney General - Phoenix
2005 N Central Ave.
Phoenix, AZ 85004-1592
602-542-8310
Fax: 602-542-8308
Email: katlyn.divis@azag.gov
*TERMINATED: 01/13/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Whiting**
*County Attorney for Apache County, in his official capacity*

**Defendant**

**Brian McIntyre**
*County Attorney for Cochise County, in his official capacity*

**Defendant**

**William Ring**
*County Attorney for Coconino County, in his official capacity*

**Defendant**

**Bradley Beauchamp**
*County Attorney for Gila County, in his official capacity*

**Defendant**

**Scott Bennett**
*County Attorney for Graham County, in his official capacity*

**Defendant**

**Jeremy Ford**
*County Attorney for Greenlee County, in his official capacity*

**Defendant**

**Tony Rogers**
*County Attorney for La Paz County, in his official capacity*

**Defendant**

**Allister Adel**
*County Attorney for Maricopa County, in her official capacity*

**Defendant**

**Matthew Smith**
*County Attorney for Mohave County, in his official capacity*

**Defendant**

**Brad Carlyon**
*County Attorney for Navajo County, in his official capacity*

represented by **Jason S Moore**
Navajo County Attorneys Office
P.O. Box 668
Holbrook, AZ 86025
928-524-4307
Email: jason.moore@navajocountyaz.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Laura Conover**
*County Attorney for Pima County, in her official capacity*

**Defendant**

**Kent Volkmer**
*County Attorney for Pinal County, in his official capacity*

**Defendant**

**George Silva**
*County Attorney for Santa Cruz County, in his official capacity*

**Defendant**

**Sheila Polk**
*County Attorney for Yavapai County, in her official capacity*

**Defendant**

**Jon Smith**
*County Attorney for Yuma County, in his official capacity*

**Defendant**

**Arizona Medical Board**

represented by **Carrie Helen Smith**
Office of the Attorney General - Phoenix
2005 N Central Ave.
Phoenix, AZ 85004-1592
602-542-7033
Fax: 602-364-3202
Email: carrie.smith@azag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc H Harris**
Office of the Attorney General - Phoenix
2005 N Central Ave.
Phoenix, AZ 85004-1592
602-542-7994
Fax: 602-364-3202
Email: Marc.Harris@azag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary DeLaat Williams**
Office of the Attorney General - Phoenix
2005 N Central Ave.
Phoenix, AZ 85004-1592
602-542-7992
Fax: 602-364-3202
Email: MaryD.Williams@azag.gov
*TERMINATED: 10/20/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patricia McSorley**
*Executive Director of the Arizona Medical Board, in her official capacity*

represented by **Carrie Helen Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc H Harris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary DeLaat Williams**
(See above for address)
*TERMINATED: 10/20/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arizona Department of Health Services**

represented by **Aubrey Joy Corcoran**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin D Ray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Don Herrington**                                   represented by    **Aubrey Joy Corcoran**
*Interim Director of the Arizona Department*                          (See above for address)
*of Health Services*                                                 *LEAD ATTORNEY*
*TERMINATED: 02/23/2023*                                              *ATTORNEY TO BE NOTICED*

**Kevin D Ray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Brnovich**                                   represented by    **Anthony Roman Napolitano**
*Attorney General of Arizona, in his official*                       (See above for address)
*capacity*                                                           *LEAD ATTORNEY*
*TERMINATED: 01/20/2023*                                             *ATTORNEY TO BE NOTICED*

**Brian Bergin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brunn Wall Roysden , III**
(See above for address)
*TERMINATED: 10/17/2022*
*LEAD ATTORNEY*

**Joshua David R Bendor**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Shawn Catlett**
(See above for address)
*TERMINATED: 01/13/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kate Blakeley Sawyer**
(See above for address)
*TERMINATED: 12/16/2022*
*ATTORNEY TO BE NOTICED*

**Katlyn Jo Divis**
(See above for address)
*TERMINATED: 01/13/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**R Screven Farmer**
*M.D., Arizona Medical Board Chair, in his official capacity*
*TERMINATED: 10/26/2021*

represented by **Carrie Helen Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary DeLaat Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James M Gillard**
*M.D., Arizona Medical Board Vice Chair, in his official capacity*
*TERMINATED: 10/26/2021*

represented by **Carrie Helen Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary DeLaat Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lois Krahn**
*M.D., Arizona Medical Board Secretary, in her official capacity*
*TERMINATED: 10/26/2021*

represented by **Carrie Helen Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary DeLaat Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jodi A Bain**
*M.A., J.D.*
*TERMINATED: 10/26/2021*

represented by **Carrie Helen Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary DeLaat Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bruce Bethancourt**
*M.D.*
*TERMINATED: 10/26/2021*

represented by **Carrie Helen Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary DeLaat Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David C Beyer**
*M.D.*
*TERMINATED: 10/26/2021*

represented by **Brian Bergin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Laura Dorrell**
*M.S.N., R.N.*
*TERMINATED: 10/26/2021*

represented by **Carrie Helen Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary DeLaat Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gary Figge**
*M.D.*
*TERMINATED: 10/26/2021*

represented by **Brian Bergin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pamela E Jones**
*TERMINATED: 10/26/2021*

represented by **Carrie Helen Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary DeLaat Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eileen M Oswald**
*M.P.H., in their official capacities as*
*members of the Arizona Medical Board*
*TERMINATED: 10/26/2021*

represented by **Carrie Helen Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary DeLaat Williams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cara M Christ**
*Director of the Arizona Department of*
*Health Services, in her official capacity*
*TERMINATED: 09/15/2021*

represented by **Kevin D Ray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**Sharing Down Syndrome Arizona**          represented by   **Kenneth John Connelly**
*TERMINATED: 11/22/2021*                                      Alliance Defending Freedom - Scottsdale,
                                                             AZ
                                                             15100 N 90th St.
                                                             Scottsdale, AZ 85260-0001
                                                             480-444-0020
                                                             Fax: 480-444-0028
                                                             Email:
                                                             kconnelly@alliancedefendingfreedom.org
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kevin Hayden Theriot**
                                                             Alliance Defending Freedom - Scottsdale,
                                                             AZ
                                                             15100 N 90th St.
                                                             Scottsdale, AZ 85260-0001
                                                             480-444-0020
                                                             Email: ktheriot@adflegal.org
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Intervenor**

**Warren Petersen**                         represented by   **Kevin Hayden Theriot**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Intervenor**

**Ben Toma**                                represented by   **Kevin Hayden Theriot**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2021 | 1 | COMPLAINT. Filing fee received: $ 402.00, receipt number 0970-19771685 filed by Eric M Reuss, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Arizona National Organization For Women, Arizona Medical Association. (Lopez, Victoria) (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit)(JAM) (Entered: 08/17/2021) |
| 08/17/2021 | 2 | Corporate Disclosure Statement by Arizona Medical Association. (JAM) (Entered: 08/17/2021) |
| 08/17/2021 | 3 | Corporate Disclosure Statement by Arizona National Organization For Women. (JAM) (Entered: 08/17/2021) |
| 08/17/2021 | 4 | Corporate Disclosure Statement by National Council of Jewish Women (Arizona Section) Incorporated. (JAM) (Entered: 08/17/2021) |
| 08/17/2021 | 5 | Filing fee paid, receipt number 0970-19771685. This case has been assigned to the Honorable Douglas L Rayes. All future pleadings or documents should bear the correct |

| | | |
|---|---|---|
| | | case number: CV-21-1417-PHX-DLR. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (JAM) (Entered: 08/17/2021) |
| 08/17/2021 | 6 | MOTION for Leave to File Excess Pages for Motion for Preliminary Injunction and Memorandum of Points and Authorities in Support by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Lopez, Victoria) (Attachments: # 1 Proposed Order)(JAM) (Entered: 08/17/2021) |
| 08/17/2021 | 7 | *Filed at 10 pursuant to 9 Order -- LODGED Proposed Motion for Preliminary Injunction re: 6 MOTION for Leave to File Excess Pages for Motion for Preliminary Injunction and Memorandum of Points and Authorities in Support. Document to be filed by Clerk if Motion or Stipulation for Leave to File or Amend is granted. Filed by Arizona Medical Association, Arizona National Organization For Women, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Attachments: # 1 Exhibit List, # 2 Exhibit 1-6, # 3 Proposed Order)(JAM) *Modified on 8/17/2021 (WLP). (Entered: 08/17/2021) |
| 08/17/2021 | 8 | ORDER that motions to dismiss under Federal Rule of Civil Procedure 12(b)(6) and motions for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) are discouraged if the defect(s) in the complaint can be cured by a permissible amendment. Plaintiff shall serve a copy of this Order upon Defendant and file notice of service with the Court. See document for complete details. Signed by Judge Douglas L Rayes on 8/17/2021. (WLP) (Entered: 08/17/2021) |
| 08/17/2021 | 9 | ORDER granting 6 Motion for Leave to File Excess Pages. Plaintiff shall be allowed an additional 5 pages for their Motion for Preliminary Injunction and accompanying Memorandum of Law. The Clerk of the Court is directed to file the Motion for Preliminary Injunction and accompanying Memorandum of Law lodged on the Court's docket at Doc. 7 . Signed by Judge Douglas L Rayes on 8/17/2021. (WLP) (Entered: 08/17/2021) |
| 08/17/2021 | 10 | MOTION for Preliminary Injunction by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Attachments: # 1 Exhibit List, # 2 Exhibit 1-6, # 3 Proposed Order)(WLP) (Entered: 08/17/2021) |
| 08/17/2021 | 11 | ORDER - Plaintiffs shall serve Defendants with the summons, complaint, preliminary injunction motion, and a copy of this order as soon as practicable. The parties are directed to meet and confer and, by no later than August 20, 2021, submit to the Court a joint proposed briefing and hearing schedule. See document for complete details. Signed by Judge Douglas L Rayes on 8/17/2021. (RMV) (Entered: 08/17/2021) |
| 08/17/2021 | 12 | SUMMONS Submitted by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Attachments: # 1 Summons Bradley Beauchamp, Gila County Attorney, # 2 Summons Scott Bennett, Graham County Attorney, # 3 Summons Brad Carlyon, Navajo County Attorney, # 4 Summons Laura Conover, Pima County Attorey, # 5 Summons Jeremey Ford, Greenlee County Attorney, # 6 Summons Brian McIntyre, Cochise County Attorney, # 7 Summons Sheila Polk, Yavapai County Attorney, # 8 Summons William Ring, Coconino County Attorney, # 9 Summons Tony Rogers, La Paz County Attorney, # 10 Summons George Silva, Santa Cruz County Attorney, # 11 Summons Jon Smith, Yuma County Attorney, # 12 Summons Matthew Smith, Mohave County Attorney, # 13 Summons Kent Volkmer, Pinal County Attorney, # 14 Summons Michael Whiting, Apache County Attorney)(Lopez, Victoria) (Entered: 08/17/2021) |

| | | |
|---|---|---|
| 08/18/2021 | 13 | Summons Issued as to Allister Adel, Bradley Beauchamp, Scott Bennett, Brad Carlyon, Laura Conover, Brian McIntyre, Sheila Polk, William Ring, Tony Rogers, George Silva, Jon Smith, Matthew Smith, Kent Volkmer, Michael Whiting. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons, # 10 Summons, # 11 Summons, # 12 Summons, # 13 Summons)(BAS). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 08/18/2021) |
| 08/18/2021 | 14 | NOTICE TO FILER OF DEFICIENCY re: 12 Summons Submitted filed by Paul A Isaacson, Arizona National Organization For Women, Arizona Medical Association, Eric M Reuss, National Council of Jewish Women (Arizona Section) Incorporated. Defendant name for Jeremy Ford does not match docket. *FOLLOW-UP ACTION REQUIRED:* Please refile corrected document. Deficiency must be corrected within one business day of this notice. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 08/18/2021) |
| 08/18/2021 | 15 | SUMMONS Submitted by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Lopez, Victoria) (Entered: 08/18/2021) |
| 08/18/2021 | 16 | Summons Issued as to Jeremy Ford. (BAS). *** IMPORTANT: When printing the summons, select "Document and stamps" or "Document and comments" for the seal to appear on the document. (Entered: 08/18/2021) |
| 08/18/2021 | | Remark: Pro hac vice motion(s) granted for Ruth Harlow, Rebecca Chan on behalf of Plaintiffs Arizona Medical Association, Eric M Reuss. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 08/18/2021) |
| 08/19/2021 | | Remark: Pro hac vice motion(s) granted for Gail Marie Deady, Jen Samantha D Rasay on behalf of Plaintiffs Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 08/19/2021) |
| 08/20/2021 | 17 | NOTICE of Appearance by Jason Stanley Moore on behalf of Brad Carlyon. (Moore, Jason) (Entered: 08/20/2021) |
| 08/20/2021 | | Remark: Pro hac vice motion(s) granted for Emily Brooke Nestler on behalf of Plaintiffs Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 08/20/2021) |
| 08/20/2021 | 18 | NOTICE re: Proposed Briefing and Hearing Schedule by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss re: 11 Order . (Rasay, Jen) (Entered: 08/20/2021) |
| 08/20/2021 | 19 | *SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on 8/18/2021 to Allister Adel. (Lopez, Victoria) *Modified to correct event, attorney noticed on 8/23/2021 (LAD). (Entered: 08/20/2021) |
| 08/20/2021 | 20 | *SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent |

| | | |
|---|---|---|
| | | on 8/18/2021 to Patricia McSorley. (Lopez, Victoria) *Modified to correct event, attorney noticed on 8/23/2021 (LAD). (Entered: 08/20/2021) |
| 08/20/2021 | 21 | *SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on 8/18/2021 to Dr. Cara M. Christ.(Lopez, Victoria) *Modified to correct event, attorney noticed on 8/23/2021 (LAD). (Entered: 08/20/2021) |
| 08/20/2021 | 22 | *SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on 8/18/2021 to Bradley Beauchamp. (Lopez, Victoria) *Modified to correct event, attorney noticed on 8/23/2021 (LAD). (Entered: 08/20/2021) |
| 08/20/2021 | 23 | **SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on 8/18/2021 to Scott Bennett. (Lopez, Victoria) *Modified to correct event, attorney noticed on 8/23/2021 (LAD). (Entered: 08/20/2021) |
| 08/20/2021 | 24 | *SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on 8/17/2021 to Mark Brnovich. (Lopez, Victoria) *Modified to correct event, attorney noticed on 8/23/2021 (LAD). (Entered: 08/20/2021) |
| 08/20/2021 | 25 | *SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on 8/18/2021 to Brad Carlyon. (Lopez, Victoria) *Modified to correct event, attorney noticed on 8/23/2021 (LAD). (Entered: 08/20/2021) |
| 08/20/2021 | 26 | *SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on 8/18/2021 to Jeremy Ford. (Lopez, Victoria) *Modified to correct event, attorney noticed on 8/23/2021 (LAD). (Entered: 08/20/2021) |
| 08/20/2021 | 27 | *SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on 8/18/2021 to Jon Smith. (Lopez, Victoria) *Modified to correct event, attorney noticed on 8/23/2021 (LAD). (Entered: 08/20/2021) |
| 08/20/2021 | 28 | *SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on 8/18/2021 to Matthew Smith (Lopez, Victoria) *Modified to correct event, attorney noticed on 8/23/2021 (LAD). (Entered: 08/20/2021) |
| 08/20/2021 | 29 | *SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on 8/18/2021 to Brian McIntyre (Lopez, Victoria) *Modified to correct event, attorney noticed on 8/23/2021 (LAD). (Entered: 08/20/2021) |

| | | |
|---|---|---|
| 08/20/2021 | <u>30</u> | *SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on 8/18/2021 to Sheila Polk. (Lopez, Victoria) *Modified to correct event, attorney noticed on 8/23/2021 (LAD). (Entered: 08/20/2021) |
| 08/20/2021 | <u>31</u> | *SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on 8/18/2021 to William Ring. (Lopez, Victoria) *Modified to correct event, attorney noticed on 8/23/2021 (LAD). (Entered: 08/20/2021) |
| 08/20/2021 | <u>32</u> | *SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on 8/18/2021 to Tony Rogers. (Lopez, Victoria) *Modified to correct event, attorney noticed on 8/23/2021 (LAD). (Entered: 08/20/2021) |
| 08/20/2021 | <u>33</u> | *SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on 8/18/2021 to George Silva. (Lopez, Victoria) *Modified to correct event, attorney noticed on 8/23/2021 (LAD). (Entered: 08/20/2021) |
| 08/20/2021 | <u>34</u> | *SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on 8/18/2021 to Kent Volkmer. (Lopez, Victoria) *Modified to correct event, attorney noticed on 8/23/2021 (LAD). (Entered: 08/20/2021) |
| 08/23/2021 | 35 | NOTICE TO FILER OF DEFICIENCY re: <u>25</u> Notice (Other), <u>20</u> Notice (Other), <u>24</u> Notice (Other), <u>28</u> Notice (Other), <u>23</u> Notice (Other), <u>34</u> Notice (Other), <u>27</u> Notice (Other), <u>29</u> Notice (Other), <u>32</u> Notice (Other), <u>26</u> Notice (Other), <u>19</u> Notice (Other), <u>30</u> Notice (Other), <u>22</u> Notice (Other), <u>33</u> Notice (Other), <u>21</u> Notice (Other) and <u>31</u> Notice (Other) filed by Paul A Isaacson, Arizona National Organization For Women, Arizona Medical Association, Eric M Reuss, National Council of Jewish Women (Arizona Section) Incorporated. Incorrect event selected: Notice, Other found in the Other Filings, Notices category. Correct event: Service Executed found in the Amended Pleadings and Service, Service of Process category. ***Please note for future filings. No further action is required. The clerk has modified the entries to reflect the correct event. Please do not refile***. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LAD) (Entered: 08/23/2021) |
| 08/23/2021 | <u>36</u> | ORDER - Defendant Mark Brnovich, in his official capacity as Arizona Attorney General, is designated as the single representative to coordinate arguments. By stipulation of the parties, the fifteen County Attorney Defendants (Michael Whiting, Brian McIntyre, William Ring, Bradley Beauchamp, Scott Bennett, Jeremy Ford, Tony Rogers, Allister Adel, Matthew Smith, Brad Carlyon, Laura Conover, Kent Volkmer, George Silva, Sheila Polk, and Jon Smith) are excused from answering the complaint, participating in proceedings in this matter, and from presenting arguments or filing responsive pleadings in this case. If any County Attorney Defendant wishes to file an answer or other responsive pleading, the respective County Attorney Defendant will do so only after consulting with Plaintiffs' counsel. Attorney General Brnovich shall file a Joint Defense Response to Plaintiffs' motion for preliminary injunction by no later than September 9, 2021. Plaintiffs shall file their reply memorandum by no later than September 17, 2021. The parties shall appear and participate in a telephonic oral argument on September 22, |

| | | 2021 at 2:00 PM. If the parties reach an agreement regarding the enforcement of the challenged provisions pending the outcome of this litigation that would obviate the need for a preliminary injunction, they shall jointly notify the Court by no later than September 20, 2021. (See document for further details). Signed by Judge Douglas L Rayes on 8/23/2021. (LAD) (Entered: 08/23/2021) |
|---|---|---|
| 08/23/2021 | 37 | NOTICE of Appearance by Katlyn Jo Divis on behalf of Mark Brnovich. (Divis, Katlyn) (Entered: 08/23/2021) |
| 08/23/2021 | 38 | NOTICE of Appearance by Kate Blakeley Sawyer on behalf of Mark Brnovich. (Sawyer, Kate) (Entered: 08/23/2021) |
| 08/23/2021 | 39 | NOTICE of Appearance by Michael Shawn Catlett on behalf of Mark Brnovich. (Catlett, Michael) (Entered: 08/23/2021) |
| 08/23/2021 | 40 | NOTICE of Appearance by Brunn Wall Roysden, III on behalf of Mark Brnovich. (Roysden, Brunn) (Entered: 08/23/2021) |
| 08/27/2021 | 41 | SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on August 18, 2021 to Laura Conover, Pima County Attorney . (Lopez, Victoria) (Entered: 08/27/2021) |
| 08/27/2021 | 42 | SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on August 18, 2021 to Michael Whiting, Apache County Attorney . (Lopez, Victoria) (Entered: 08/27/2021) |
| 08/27/2021 | 43 | SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated: Rule 4 Waiver of Service of Summons. Waiver sent on August 26, 2021 to David C. Beyer, M.D. . (Lopez, Victoria) (Entered: 08/27/2021) |
| 08/27/2021 | 44 | SERVICE EXECUTED filed by Arizona Medical Association, Arizona National Organization For Women, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss: Rule 4 Waiver of Service of Summons. Waiver sent on August 26, 2021 to Gary Figge, M.D. . (Lopez, Victoria) (Entered: 08/27/2021) |
| 09/02/2021 | 45 | NOTICE of Appearance by Brian McCormack Bergin on behalf of Gary Figge, David C Beyer. (Bergin, Brian) *Modified filers per help desk call on 9/2/2021 (WLP). (Entered: 09/02/2021) |
| 09/09/2021 | 46 | RESPONSE in Opposition re: 10 MOTION for Preliminary Injunction filed by Mark Brnovich. (Attachments: # 1 Exhibit)(Catlett, Michael) (Entered: 09/09/2021) |
| 09/15/2021 | 47 | NOTICE of Appearance by Kevin D Ray on behalf of Arizona Department of Health Services, Cara M Christ. (Ray, Kevin) (Entered: 09/15/2021) |
| 09/17/2021 | 48 | REPLY to Response to Motion re: 10 MOTION for Preliminary Injunction filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Lopez, Victoria) (Entered: 09/17/2021) |
| 09/22/2021 | 49 | MINUTE ENTRY for proceedings held before Judge Douglas L Rayes: Telephonic Oral Argument held on 9/22/2021. Discussion and oral argument is held regarding 10 Motion for Preliminary Injunction. The Court takes the matter under advisement. |

| | | |
|---|---|---|
| | | APPEARANCES: Telephonic appearance by Emily Nestler, Rebecca Chan, Ruth Harlow, Victoria Lopez, Gail Deady, and Jen Rasay for Plaintiffs. Telephonic appearance by Michael Catlett, Katlyn Davis, Brunn Roysden, and Kate Sawyer for Defendants. (Court Reporter Jennifer Pancratz.) Hearing held 2:01 pm to 4:25 pm. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (RMV) (Entered: 09/22/2021) |
| 09/24/2021 | 50 | TRANSCRIPT REQUEST by Mark Brnovich for proceedings held on 09-22-2021, Judge Douglas L Rayes hearing judge(s). (Roysden, Brunn) (Entered: 09/24/2021) |
| 09/27/2021 | 61 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *TELEPHONIC ORAL ARGUMENT* proceedings held on 09/22/2021, before Judge DOUGLAS L. RAYES. [Court Reporter: Jennifer A. Pancratz, RMR, CRR, FCRR, CRC, Telephone number (602) 322-7198]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/3/2021. Redacted Transcript Deadline set for 11/15/2021. Release of Transcript Restriction set for 1/11/2022. (RAP) *Modified to correct date filed to match court reporter delivery date on 10/13/2021 (RAP). (Entered: 10/13/2021) |
| 09/28/2021 | 51 | TRANSCRIPT REQUEST (3RD PARTY) by Matthew Reiser of the Center for Reproductive Rights for proceedings held on 09/22/2021, Judge Douglas L Rayes hearing judge(s). (RAP) (Entered: 09/28/2021) |
| 09/28/2021 | 52 | VACATED by doc. 115 . ORDER - IT IS ORDERED that Plaintiffs' motion for a preliminary injunction (Doc. 10 ) is GRANTED IN PART and DENIED IN PART as explained herein. IT IS FURTHER ORDERED that Defendants are preliminarily enjoined from enforcing the following provisions of Arizona Senate Bill 1457: 1. Section 2, to be codified as A.R.S. § 13-3603.02(A)(2), (B)(2), (D) (as it applies to subsections (A)(2) and (B)(2)), and (E) (as it applies to subsections (A)(2), (B)(2)); 2. Section 10, to be codified as A.R.S. § 36-2157(A)(1) (as it applies to genetic abnormalities); 3. Section 11, to be codified as A.R.S. § 36-2158(A)(2) (d) (as it applies to genetic abnormalities); and 4. Section 13, to be codified as A.R.S. § 36-2161(A)(25). See attached Order for complete details. Signed by Judge Douglas L Rayes on 9/28/21. (SMH) Modified on 7/5/2022 (BAC). (Entered: 09/28/2021) |
| 10/01/2021 | 53 | NOTICE of Appearance by Carrie Helen Smith on behalf of Arizona Medical Board. (Smith, Carrie) (Entered: 10/01/2021) |
| 10/04/2021 | 54 | ORDER setting Rule 16 Scheduling Conference for 12/22/2021 at 10:00 AM in Courtroom 606, 401 West Washington Street, Phoenix, AZ 85003 before Judge Douglas L Rayes. See document for complete details. Signed by Judge Douglas L Rayes on 10/1/2021. (RMV) (Entered: 10/04/2021) |
| 10/04/2021 | 55 | NOTICE re: Notice of Appeal by Mark Brnovich re: 52 Order on Motion for Preliminary Injunction . (Catlett, Michael) (Entered: 10/04/2021) |
| 10/04/2021 | 56 | NOTICE OF APPEAL to 9th Circuit Court of Appeals re: 52 Order on Motion for Preliminary Injunction by Mark Brnovich. Filing fee received: $ 505.00, receipt number 0970-19933106. (Catlett, Michael) (Entered: 10/04/2021) |
| 10/05/2021 | 57 | Emergency MOTION to Stay re: 52 Order on Motion for Preliminary Injunction by Mark Brnovich. (Catlett, Michael) (Entered: 10/05/2021) |
| 10/06/2021 | 58 | ORDER: IT IS ORDERED, as to the State Defendants' 57 Emergency Motion to Stay, Plaintiffs' response shall be due no later than 10/13/2021. State Defendants' optional reply |

| | | |
|---|---|---|
| | | shall be due no later than 10/15/2021. Ordered by Judge Douglas L Rayes on 10/6/2021. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MMO) (Entered: 10/06/2021) |
| 10/06/2021 | 59 | USCA Case Number re: 56 Notice of Appeal. Case number 21-16645, Ninth Circuit. (KAH) (Entered: 10/07/2021) |
| 10/13/2021 | 60 | REPRESENTATION STATEMENT by Mark Brnovich re: 56 Notice of Appeal. (Catlett, Michael) (Entered: 10/13/2021) |
| 10/13/2021 | 62 | MOTION to Intervene by Sharing Down Syndrome Arizona. (Attachments: # 1 Declaration of Virginia Johnson, # 2 Proposed Order Granting Motion to Intervene) (Connelly, Kenneth) (Entered: 10/13/2021) |
| 10/13/2021 | 63 | RESPONSE in Opposition re: 57 Emergency MOTION to Stay re: 52 Order on Motion for Preliminary Injunction filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Lopez, Victoria) (Entered: 10/13/2021) |
| 10/15/2021 | 64 | REPLY to Response to Motion re: 57 Emergency MOTION to Stay re: 52 Order on Motion for Preliminary Injunction filed by Mark Brnovich. (Catlett, Michael) (Entered: 10/15/2021) |
| 10/18/2021 | 65 | *NOTICE OF INTERLOCUTORY APPEAL to 9th Circuit Court of Appeals re: 52 Order on Motion for Preliminary Injunction by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. Filing fee received: $ 505.00, receipt number 0970-19972847. (Lopez, Victoria) *Modified text to include "interlocutory" on 10/19/2021. (SMH) (Entered: 10/18/2021) |
| 10/18/2021 | 66 | ORDER denying 57 Motion for a Stay Pending Appeal. See document for complete details. Signed by Judge Douglas L Rayes on 10/18/2021. (RMV) (Entered: 10/18/2021) |
| 10/18/2021 | 67 | USCA Case Number re: 65 Notice of Appeal. Case number 21-16711, Ninth Circuit. (KAH) (Entered: 10/19/2021) |
| 10/19/2021 | 68 | * MOTION to Dismiss for Lack of Jurisdiction *as to Count V of the Complaint* by Mark Brnovich. (Catlett, Michael) Modified to correct event on 10/22/2021. (SMH) (Entered: 10/19/2021) |
| 10/20/2021 | 69 | STIPULATION *To Dismiss Board Members* by Arizona Medical Board. (Williams, Mary) (Entered: 10/20/2021) |
| 10/26/2021 | 70 | ORDER granting 69 Stipulated Motion to Dismiss Arizona Medical Board Defendants. The individual members of the Arizona Medical Board, including R. Screven Farmer, M.D., James M. Gillard, M.D., Jodi A. Bain, M.A., J.D., Bruce Bethancourt, M.D., David Beyer, M.D., Laura Dorrell, M.S.N., R.N., Gary R. Figge, M.D., Pamela E. Jones, Lois Krahn, M.D., and Eileen M. Oswald, M.P.H. are hereby dismissed without prejudice. See document for complete details. Signed by Judge Douglas L Rayes on 10/25/2021. (RMV) (Entered: 10/26/2021) |
| 10/27/2021 | 71 | RESPONSE to Motion re: 62 MOTION to Intervene filed by Mark Brnovich. (Catlett, Michael) (Entered: 10/27/2021) |
| 10/27/2021 | 72 | RESPONSE in Opposition re: 62 MOTION to Intervene filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Lopez, Victoria) (Entered: 10/27/2021) |

| 10/28/2021 | 73 | MOTION to Stay re: 68 MOTION to Dismiss Counts/Claims by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Attachments: # 1 Proposed Order)(Lopez, Victoria) (Entered: 10/28/2021) |
|---|---|---|
| 11/01/2021 | | Remark: Pro hac vice motion(s) granted for Jessica Leah Sklarsky on behalf of Plaintiffs Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 11/01/2021) |
| 11/03/2021 | 74 | REPLY to Response to Motion re: 62 MOTION to Intervene filed by Sharing Down Syndrome Arizona. (Connelly, Kenneth) (Entered: 11/03/2021) |
| 11/08/2021 | 75 | *Stipulation for Extension of Time for Plaintiffs to File Opposition to Defendants' Motion to Dismiss by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Attachments: # 1 Proposed Order)(Lopez, Victoria) *Modified to correct event on 11/9/2021 (WLP). (Entered: 11/08/2021) |
| 11/09/2021 | 76 | MOTION to Withdraw *Emily Nestler as counsel for Plaintiffs* by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Attachments: # 1 Proposed Order)(Lopez, Victoria) (Entered: 11/09/2021) |
| 11/09/2021 | 77 | ORDER: IT IS ORDERED granting Plaintiffs' 76 Motion to Withdraw Emily Nestler as Counsel for Plaintiffs. Attorney Emily Nestler is withdrawn as counsel of record for Plaintiffs Paul A Isaacson, Arizona National Organization for Jewish Women (Arizona Section) Incorporated and Arizona National Organization for Women. Plaintiffs continue to be represented by attorneys Jessica Sklarsky, Gail Deady and Jen Samantha D. Rasay along with other co-counsel of record. Ordered by Judge Douglas L Rayes on 11/9/2021. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MMO) (Entered: 11/09/2021) |
| 11/10/2021 | 78 | Joint MOTION to Continue Scheduling Conference set for December 22, 2021 *(Doc. 54)* by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Attachments: # 1 Proposed Order)(Lopez, Victoria) (Entered: 11/10/2021) |
| 11/12/2021 | 79 | RESPONSE in Opposition re: 73 MOTION to Stay re: 68 MOTION to Dismiss Counts/Claims filed by Mark Brnovich. (Catlett, Michael) (Entered: 11/12/2021) |
| 11/15/2021 | | Remark: Pro hac vice motion(s) granted for Catherine Coquillette on behalf of Plaintiffs Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 11/15/2021) |
| 11/15/2021 | 80 | ORDER: IT IS ORDERED granting the parties' 75 Stipulation for Extension of Time for Plaintiffs to file Opposition to Defendants' Motion to Dismiss. The deadline for Plaintiffs to respond to Defendants' 68 Motion to Dismiss is extended to 14 days after a stay, if granted, is lifted, or 14 days after the Motion to Stay is denied, if that should occur. Ordered by Judge Douglas L Rayes on 11/15/2021. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MMO) (Entered: 11/15/2021) |
| 11/15/2021 | 81 | ORDER: IT IS ORDERED granting the parties' 78 Joint Motion to Vacate and Reset the Rule 16 Scheduling Conference Currently scheduled for Defendant 22, 2021. The Rule 16 Scheduling Conference set for 12/22/2021 is vacated and reset for 2/25/2022 at 10:00 AM. The Court anticipates this hearing will be held telephonically. Call-in information will be provided to the parties via separate email. Ordered by Judge Douglas L Rayes on |

| | | |
|---|---|---|
| | | 11/15/2021. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MMO) (Entered: 11/15/2021) |
| 11/19/2021 | 82 | REPLY to Response to Motion re: 73 MOTION to Stay re: 68 MOTION to Dismiss Counts/Claims filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Deady, Gail) (Entered: 11/19/2021) |
| 11/22/2021 | 83 | ORDER denying 62 Sharing Down Syndrome's Motion to Intervene. See document for complete details. Signed by Judge Douglas L Rayes on 11/19/2021. (RMV) (Entered: 11/22/2021) |
| 11/22/2021 | 84 | ORDER that Plaintiffs' motion to stay briefing and consideration of Defendants' motion to dismiss (Doc. 73 ) is GRANTED. The Court will hold Defendants' motion to dismiss (Doc. 68 ) in abeyance pending resolution of Plaintiffs' interlocutory appeal. See document for complete details. Signed by Judge Douglas L Rayes on 11/22/2021. (RMV) (Entered: 11/22/2021) |
| 01/05/2022 | 85 | MOTION to Withdraw as Attorney *Ruth E. Harlow* by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Attachments: # 1 Proposed Order)(Lopez, Victoria) (Entered: 01/05/2022) |
| 01/05/2022 | 86 | ORDER: IT IS ORDERED granting Plaintiffs' 85 Motion to Withdraw Ruth E. Harlow as Counsel for Plaintiffs. Attorney Ruth Harlow shall be terminated as counsel of record for the Plaintiffs Eric M. Reuss, M.D., M.P.H., and the Arizona Medical Association. Ordered by Judge Douglas L Rayes on 1/5/2022. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MMO) (Entered: 01/05/2022) |
| 01/10/2022 | 87 | MOTION to Continue Rule 16 Scheduling Conference by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Attachments: # 1 Proposed Order)(Sklarsky, Jessica) (Entered: 01/10/2022) |
| 01/24/2022 | | Remark: Pro hac vice motion(s) granted for Alexa Kolbi-Molinas on behalf of Plaintiffs Arizona Medical Association, Eric M Reuss. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 01/24/2022) |
| 01/24/2022 | 88 | RESPONSE in Opposition re: 87 MOTION to Continue Rule 16 Scheduling Conference filed by Arizona Department of Health Services, Arizona Medical Board, Mark Brnovich. (Divis, Katlyn) (Entered: 01/24/2022) |
| 01/25/2022 | 89 | REPLY to Response to Motion re: 87 MOTION to Continue Rule 16 Scheduling Conference filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Sklarsky, Jessica) (Entered: 01/25/2022) |
| 01/26/2022 | 90 | ORDER denying 87 Motion to Continue. See document for complete details. Signed by Judge Douglas L Rayes on 1/26/2022. (RMV) (Entered: 01/26/2022) |
| 02/04/2022 | 91 | NOTICE of Service of Discovery filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Sklarsky, Jessica) (Entered: 02/04/2022) |
| 02/07/2022 | 92 | NOTICE of Service of Discovery filed by Arizona Department of Health Services, Arizona Medical Board, Mark Brnovich. (Catlett, Michael) (Entered: 02/07/2022) |
| 02/11/2022 | 93 | Due to a conflict in the Court's calendar, IT IS ORDERED the Rule 16 Scheduling Conference, presently set for 2/25/2022 at 10:00 AM is VACATED and RESET. Rule 16 |

| | | |
|---|---|---|
| | | Scheduling Conference reset for 2/24/2022 at 01:45 PM before Judge Douglas L Rayes. The Court anticipates this hearing will be held telephonically. The parties will be provided with call-in information via separate email. Ordered by Judge Douglas L Rayes. (MMO)( This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry.) (Entered: 02/11/2022) |
| 02/11/2022 | 94 | NOTICE of Service of Discovery filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Sklarsky, Jessica) (Entered: 02/11/2022) |
| 02/11/2022 | 95 | NOTICE of Service of Discovery filed by Mark Brnovich. (Catlett, Michael) (Entered: 02/11/2022) |
| 02/18/2022 | 96 | REPORT of Rule 26(f) Planning Meeting by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Sklarsky, Jessica) (Entered: 02/18/2022) |
| 02/24/2022 | 97 | MINUTE ENTRY for proceedings held before Judge Douglas L Rayes: Scheduling Conference held on 2/24/2022. Case management deadlines are set. Written order to issue. APPEARANCES: Telephonic appearance by Jessica Sklarsky, Jen Rasay, Victoria Lopez, Catherine Coquillette, Alexa Kolbi-Molinas, and Rebecca Chan for Plaintiffs. Telephonic appearance by Michael Catlett, Katlyn Davis, Kate Sawyer, Mary Williams, Carrie Smith, and Kevin Ray for Defendants. (Court Reporter Elva Cruz-Lauer.) Hearing held 1:46 pm to 2:02 pm. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (RMV) (Entered: 02/24/2022) |
| 02/25/2022 | 98 | TRANSCRIPT REQUEST by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss for proceedings held on February 24, 2022, Judge Douglas L Rayes hearing judge(s). (Lopez, Victoria) (Entered: 02/25/2022) |
| 02/28/2022 | 99 | SCHEDULING ORDER: Discovery due by 1/20/2023. Dispositive motions due by 7/14/2023. See document for additional deadlines and complete details. Signed by Judge Douglas L Rayes on 2/24/2022. (RMV) (Entered: 02/28/2022) |
| 02/28/2022 | 100 | *(*AMENDED TRANSCRIPT FILED AT DOC. 105* ) - NOTICE OF FILING OF OFFICIAL TRANSCRIPT of *TELEPHONIC SCHEDULING CONFERENCE* proceedings held on 02/24/2022, before Judge DOUGLAS R. RAYES. [Court Reporter: Elva Cruz-Lauer, RMR, CRR, Telephone number (602) 322-7261]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/30/2022. Redacted Transcript Deadline set for 4/11/2022. Release of Transcript Restriction set for 6/7/2022. (RAP) *Modified to reference amended version and create docket entry relationship on 3/24/2022 (RAP). (Entered: 03/09/2022) |
| 03/09/2022 | 105 | NOTICE OF FILING OF OFFICIAL AMENDED TRANSCRIPT of TELEPHONIC SCHEDULING CONFERENCE proceedings held on 02/24/2022, before Judge DOUGLAS L. RAYES. [Court Reporter: Elva Cruz-Lauer, RMR, CRR, Telephone number (602) 322-7261. Amended to correct judicial information on title page only. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline |

| | | |
|---|---|---|
| | | for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/14/2022. Redacted Transcript Deadline set for 4/25/2022. Release of Transcript Restriction set for 6/22/2022. (RAP) (Entered: 03/24/2022) |
| 03/16/2022 | 101 | *WITHDRAWAL OF DOCUMENT re: 68 MOTION to Dismiss Counts/Claims by Defendant Mark Brnovich. (Catlett, Michael) *Modified to correct event type on 3/17/2022. (SMH) (Entered: 03/16/2022) |
| 03/16/2022 | 102 | ANSWER to 1 Complaint, by Arizona Medical Board, Patricia McSorley.(Williams, Mary) (Entered: 03/16/2022) |
| 03/17/2022 | 103 | ANSWER to 1 Complaint, by Mark Brnovich.(Catlett, Michael) (Entered: 03/17/2022) |
| 03/17/2022 | 104 | *DEFENDANT ARIZONA DEPARTMENT OF HEALTH SERVICES AND DEFENDANT DON HERRINGTONS ANSWER to 1 Complaint, by Arizona Department of Health Services, Don Herrington.(Corcoran, Aubrey) (Entered: 03/17/2022) |
| 06/24/2022 | | Remark: Pro hac vice motion(s) granted for Anastasia Pastan, Ralia E Polechronis, Beth A Wilkinson on behalf of Plaintiffs Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 06/24/2022) |
| 06/24/2022 | 106 | NOTICE of Appearance by Jared G Keenan on behalf of Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Keenan, Jared) (Entered: 06/24/2022) |
| 06/25/2022 | 107 | *EMERGENCY MOTION for Preliminary Injunction by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Attachments: # 1 Exhibit Exhibits A-B, Declarations, # 2 Proposed Order)(Sklarsky, Jessica) *Modified docket text to include emergency on 6/27/2022. (SMH) (Entered: 06/25/2022) |
| 06/26/2022 | 108 | ORDER: IT IS ORDERED, as to Plaintiffs' 107 Emergency Motion for an Injunction of Interpretation Policy Pending Appeal, setting the following briefing schedule: Defendants' response shall be due no later than 7/1/2022. Plaintiffs' reply in support shall be due no later than 7/6/2022. Telephonic Oral Argument set for 7/8/2022 at 10:00AM. The parties will be provided call-in information via separate email. To assist the court reporter, the parties shall prepare and submit to chambers prior to the oral argument a Table of Authorities, in alphabetical order, which includes all of the authorities on which the parties will rely at the oral argument. Ordered by Judge Douglas L Rayes on 6/26/2022. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MMO) (Entered: 06/26/2022) |
| 06/27/2022 | 109 | AMENDED ORDER: IT IS ORDERED, as to Plaintiffs' 107 Emergency Motion for an Injunction of Interpretation Policy Pending Appeal, setting the following briefing schedule: Defendants' response shall be due no later than 5:00 PM on 7/1/2022. Plaintiffs' reply in support shall be due no later than 5:00 PM on 7/6/2022. Telephonic Oral Argument set for 7/8/2022 at 10:00AM. The parties will be provided call-in information via separate email. To assist the court reporter, the parties shall prepare and submit to chambers prior to the oral argument a Table of Authorities, in alphabetical order, which includes all of the authorities on which the parties will rely at the oral argument. Ordered by Judge Douglas L Rayes on 6/27/2022. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MMO) *(Amending the Court's Order at Doc. 108 to reflect the Response and Reply briefs are due* |

| | | *by 5:00 PM on their respective due dates.)* (Entered: 06/27/2022) |
|---|---|---|
| 06/30/2022 | 110 | NOTICE re: U.S. Supreme Court Order and Suggestion of Mootness by Mark Brnovich re: 107 MOTION for Preliminary Injunction . (Attachments: # 1 Attachment Exhibit A - U.S. Supreme Court Order)(Catlett, Michael) (Entered: 06/30/2022) |
| 06/30/2022 | 111 | *RESPONSE re: 110 Notice of Supreme Court Order and Suggestion of Mootness by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Sklarsky, Jessica) *Modified to correct event type on 7/1/2022. (Entered: 06/30/2022) |
| 06/30/2022 | 112 | ORDER - IT IS ORDERED that Plaintiffs' motion for an injunction pending appeal under Rule 62(d) (Doc. 107 ) will be treated as a renewed motion for preliminary injunction under Rule 65. The current briefing and hearing schedule remain in effect. See attached document for complete information. Signed by Judge Douglas L Rayes on 6/30/22. (SMH) (Entered: 06/30/2022) |
| 06/30/2022 | 114 | MANDATE of USCA re: 56 Notice of Appeal filed by Mark Brnovich, 65 Notice of Appeal filed by Paul A Isaacson, Arizona National Organization For Women, Arizona Medical Association, Eric M Reuss, National Council of Jewish Women (Arizona Section) Incorporated. In light of the Supreme Court's 6/30/22, order vacating the district court's 9/28/21, order and remanding with instructions to remand to the district court for further proceedings in light of Dobbs v. Jackson Womens Health Organization, 597 U.S. ___ (2022), the order requesting supplemental briefing (Dkt. 84 in 21-16645 and Dkt. 78 in 21-16711) is vacated. The case is remanded to the district court for further proceedings in accordance with the Supreme Court's order. The mandate shall issue forthwith. (Attachments: # 1 Order)(BAC) (Entered: 07/05/2022) |
| 07/01/2022 | 113 | RESPONSE in Opposition re: 107 MOTION for Preliminary Injunction filed by Mark Brnovich. (Catlett, Michael) (Entered: 07/01/2022) |
| 07/01/2022 | 115 | WRIT OF CERTIORARI ISSUED by US Supreme Court re: 56 Notice of Appeal, 65 Notice of Appeal. The Court today entered the following order in the above-entitled case: The application for stay (21A222) presented to Justice Kagan and by her referred to the Court is treated as a petition for a writ of certiorari before judgment, and the petition is granted. The 9/28/21 order of the United States District Court for the District of Arizona is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit with instructions to remand to the District Court for further consideration in light of Dobbs v. Jackson Womens Health Organization, 597 U. S. ___ (2022). (BAC) (Entered: 07/05/2022) |
| 07/06/2022 | 116 | REPLY to Response to Motion re: 107 MOTION for Preliminary Injunction filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Sklarsky, Jessica) (Entered: 07/06/2022) |
| 07/07/2022 | 117 | NOTICE RE: Oral Argument Topics: In addition to any prepared remarks, the Court asks the parties to come to the July 8, 2022 telephonic oral argument prepared to discuss the following (see attached Notice). Signed by Judge Douglas L Rayes on 7/7/2022. (MMO) (Entered: 07/07/2022) |
| 07/08/2022 | 118 | MINUTE ENTRY for proceedings held before Judge Douglas L Rayes: Telephonic Oral Argument re: 107 Renewed Motion for Preliminary Injunction held on 7/8/2022. After hearing oral argument from the parties, the Court takes this matter under advisement. |

| | | |
|---|---|---|
| | | APPEARANCES: Telephonic appearance by Jessica Sklarsky, Jen Rasay, Victoria Lopez, Alexa Kolbi-Molinas, Gail Deady, Jared Keenan, Anastasia Pastan, and Ralia Polechronis for Plaintiffs. Telephonic appearance by Katlyn Davis, Kate Sawyer, Carrie Smith, Aubrey Corcoran, Brun Roysden, and Kevin Ray for Defendants. (Court Reporter Jennifer Pancratz.) Hearing held 10:01 am to 11:14 am. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (RMV) (Entered: 07/08/2022) |
| 07/11/2022 | 119 | TRANSCRIPT REQUEST by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, Eric M Reuss for proceedings held on July 8, 2022, Judge Douglas L Rayes hearing judge(s). (Sklarsky, Jessica) (Entered: 07/11/2022) |
| 07/11/2022 | 120 | NOTICE TO FILER OF DEFICIENCY re: AO435 119 Transcript Request filed by Paul A Isaacson, Arizona National Organization For Women, Arizona Medical Association, Eric M Reuss. Item(s) were not completed (left blank): 11-15 DATES & LOCATION OF PROCEEDINGS and Item 17 - TRANSCRIPT REQUESTED: No portions or dates of proceedings specified. *FOLLOW-UP ACTION REQUIRED:* Please refile with blank item(s) described above completed in Items 11-15 and with portions & dates of proceedings in Item 17. Deficiency must be corrected within one business day of this notice. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (RAP) (Entered: 07/11/2022) |
| 07/11/2022 | 121 | ORDER that Plaintiffs' motion for a preliminary injunction (Doc. 107 ) is GRANTED. During the pendency of this case, Defendants are enjoined from enforcing A.R.S. § 1-219 as applied to abortion care that is otherwise permissible under Arizona law. Defendants further are enjoined from retroactively using the Interpretation Policy to take enforcement action against those who performed otherwise lawful abortions during the time that this preliminary injunction is in effect. *See the attached order for additional information.* Signed by Judge Douglas L. Rayes on 7/11/2022. (RMW) (Entered: 07/11/2022) |
| 07/12/2022 | 122 | *AMENDED TRANSCRIPT REQUEST pursuant to 120 Notice of Deficiency by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss for proceedings held on July 8, 2022, Judge Douglas L Rayes hearing judge(s). (Sklarsky, Jessica) *Modified to reference amended version pursuant to NOD on 7/12/2022 (RAP). (Entered: 07/12/2022) |
| 07/15/2022 | 123 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELEPHONIC ORAL ARGUMENT proceedings held on 07/08/2022, before Judge DOUGLAS L. RAYES. [Court Reporter: Jennifer A. Pancratz, RMR, CRR, FCRR, CRC, Telephone number (602) 322-7198]. The ordering party will have electronic access to the transcript immediately. All others may view the transcript at the court public terminal or it may be purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/16/2022. Redacted Transcript Deadline set for 8/26/2022. Release of Transcript Restriction set for 10/24/2022. (RAP) (Entered: 07/26/2022) |
| 08/01/2022 | 124 | APPEAL Judgment from Supreme Court re: 56 Notice of Appeal, 65 Notice of Appeal. (BAC) (Entered: 08/02/2022) |
| 09/02/2022 | 125 | MOTION for Preliminary Injunction by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Attachments: # 1 Exhibit List, # 2 Exhibit 1-6, # 3 Proposed Order)(Sklarsky, Jessica) (Entered: 09/02/2022) |
| 09/02/2022 | 126 | ORDER: Plaintiffs have filed a motion for a preliminary injunction. (Doc. 125.) Unless the parties stipulate otherwise, the default briefing deadlines in LRCiv 7.2 will apply. By |

| | | |
|---|---|---|
| | | no later than the time Plaintiffs file their reply brief, the parties shall jointly notify the Court in writing (1) whether, given the history of this case, they believe another preliminary injunction hearing on these issues is necessary and, if so, (2) whether that hearing will be an evidentiary hearing or an oral argument on the papers. Ordered by Judge Douglas L Rayes on 9/2/2022. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MMO) (Entered: 09/02/2022) |
| 09/08/2022 | | Remark: Pro hac vice motion(s) granted for Ryan Mendias on behalf of Plaintiffs Arizona Medical Association, Eric M Reuss. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 09/08/2022) |
| 09/16/2022 | 127 | RESPONSE in Opposition re: 125 MOTION for Preliminary Injunction filed by Mark Brnovich. (Attachments: # 1 Exhibit)(Catlett, Michael) (Entered: 09/16/2022) |
| 09/23/2022 | 128 | NOTICE re: Joint Notice Pursuant to Court's Order (Doc. 126) by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss re: 126 Order,, . (Sklarsky, Jessica) (Entered: 09/23/2022) |
| 09/23/2022 | 129 | REPLY to Response to Motion re: 125 MOTION for Preliminary Injunction filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Sklarsky, Jessica) (Entered: 09/23/2022) |
| 09/26/2022 | 130 | ORDER: IT IS ORDERED that, by no later than 9/30/2022, Plaintiffs shall file a supplemental brief, limited to 5 pages, addressing the impact of the Pima County Superior Court's 9/22/2022 decision in Planned Parenthood Center of Tucson, Inc., et al v. Mark Brnovich, Case No. C127867, on Plaintiffs' motion for a preliminary injunction in this case (Doc. 125 ), specifically on whether Plaintiffs will be irreparably harmed in the absence of a preliminary injunction in light of the Pima County Superior Court's ruling. Defendants shall have until 10/5/2022 in which to file a supplemental response, likewise limited to 5 pages. Plaintiffs may file an optional reply, limited to 3 pages, by no later than 10/7/2022. Ordered by Judge Douglas L Rayes on 9/26/2022. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MMO) (Entered: 09/26/2022) |
| 09/30/2022 | 131 | SUPPLEMENT Brief re: 130 Order,,, 125 MOTION for Preliminary Injunction by Plaintiffs Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Attachments: # 1 Exhibit Index, # 2 Exhibit 1-5)(Sklarsky, Jessica) (Entered: 09/30/2022) |
| 10/05/2022 | 132 | SUPPLEMENT Response re: 130 Order,,, by Defendant Mark Brnovich. (Attachments: # 1 Exhibit)(Catlett, Michael) (Entered: 10/05/2022) |
| 10/07/2022 | 133 | SUPPLEMENT Reply re: 130 Order,,, 125 MOTION for Preliminary Injunction by Plaintiffs Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Attachments: # 1 Exhibit Index, # 2 Exhibit 1-4)(Sklarsky, Jessica) (Entered: 10/07/2022) |
| 10/08/2022 | 134 | NOTICE re: Stay Related to Court's Order For Supplemental Briefing 130 by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss . (Attachments: # 1 Exhibit)(Polechronis, Ralia) (Entered: 10/08/2022) |
| 10/14/2022 | 135 | MINUTE ORDER: Telephonic Oral Argument as to 125 Motion for Preliminary Injunction set for 10/21/2022 at 02:00PM before Judge Douglas L Rayes. The Court will |

| | | |
|---|---|---|
| | | allow 1 hour for oral argument. The Court will issue notice of specific topics it wishes to discuss prior to the hearing. The parties will be provided with call-in information via separate email. To assist the court reporter, the parties shall prepare and email to chambers prior to the oral argument a Table of Authorities, in alphabetical order, which includes all of the authorities on which the parties will rely at the oral argument. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MMO) (Entered: 10/14/2022) |
| 10/17/2022 | 136 | NOTICE of Attorney Withdrawal *Brunn W. Roysden III* filed by Michael Shawn Catlett. (Catlett, Michael) (Entered: 10/17/2022) |
| 10/18/2022 | 137 | MINUTE ORDER: Due to a conflict on the Court's calendar, the telephonic oral argument as to 125 Motion for Preliminary Injunction set for 10/21/2022 is VACATED AND RESET for 10/25/2022 at 02:00PM before Judge Douglas L Rayes. Call-in information previously provided to the parties remains unchanged. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MMO) (Entered: 10/18/2022) |
| 10/20/2022 | 138 | *NOTICE of Attorney Substitution by Marc Howard Harris, I. (Harris, Marc) *Modified to reflect Local Rule violation; attorney noticed on 10/21/2022 (SST). (Entered: 10/20/2022) |
| 10/21/2022 | 139 | NOTICE RE: Oral Argument Topics. See document for complete details. Signed by Judge Douglas L Rayes on 10/21/2022. (RMV) (Entered: 10/21/2022) |
| 10/25/2022 | 140 | MINUTE ENTRY for proceedings held before Judge Douglas L Rayes: Telephonic Oral Argument re: 125 Motion for Preliminary Injunction held on 10/25/2022. After hearing oral argument, the Court takes this matter under advisement.<br><br>APPEARANCES: Telephonic appearance by Anastasia Pastan, Jessica Sklarsky, Jen Rasay, Gail Deady, and Ryan Mendias for Plaintiffs. Telephonic appearance by Michael Catlett, Katlyn Divis, Kate Sawyer, Carrie Smith, Marc Harris, Kevin Ray, and Aubrey Corcoran for Defendants. (Court Reporter Jennifer Pancratz.) Hearing held 2:00 pm to 4:31 pm. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (RMV) (Entered: 10/25/2022) |
| 10/27/2022 | 141 | *(*CANCELLED BY REQUESTER*)* - TRANSCRIPT REQUEST by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss for proceedings held on 10/25/2022, Judge Douglas L Rayes hearing judge(s). (Rasay, Jen) *Modified to reference cancellation by requester via email to court reporter on 10/27/2022 (RAP). (Entered: 10/27/2022) |
| 10/28/2022 | 142 | TRANSCRIPT REQUEST by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss for proceedings held on 10/25/2022, Judge Douglas L Rayes hearing judge(s). (Polechronis, Ralia) (Entered: 10/28/2022) |
| 10/29/2022 | 144 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of TELEPHONIC ORAL ARGUMENT proceedings held on 10/25/2022, before Judge DOUGLAS L. RAYES. [Court Reporter: Jennifer A. Pancratz, RMR, CRR, FCRR, CRC, Telephone number (602) 322-7198]. The ordering party receives the transcript directly from the Court Reporter. Therefore, transcripts should not be viewed through Pacer. A non-ordering party may view a transcript at the court's public terminal or purchased through the Court Reporter/Transcriber by filing a Transcript Order Form on the docket before the deadline for Release of Transcript Restriction. After that date it may be obtained through Pacer. |

| | | |
|---|---|---|
| | | Redaction Request due 11/25/2022. Redacted Transcript Deadline set for 12/5/2022. Release of Transcript Restriction set for 2/2/2023. (RAP) (Entered: 11/04/2022) |
| 11/02/2022 | 143 | NOTICE re: Notice of Withdrawal of Counsel for Plaintiffs by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss . (Lopez, Victoria) (Entered: 11/02/2022) |
| 12/07/2022 | 145 | ORDER: IT IS ORDERED that, by no later than 12/12/2022, Plaintiffs submit a supplemental brief, limited to 10 pages, addressing only the issues identified in this order. By no later than 12/15/2022, Defendants shall submit a supplemental response, also limited to 10 pages. Plaintiffs may file an optional reply, limited to 5 pages, by no later than 12/16/2022. Signed by Judge Douglas L Rayes on 12/7/2022. (MMO) (Entered: 12/07/2022) |
| 12/12/2022 | 146 | SUPPLEMENT Brief re: 145 Order,, Set Deadlines, 125 MOTION for Preliminary Injunction by Plaintiffs Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Sklarsky, Jessica) (Entered: 12/12/2022) |
| 12/15/2022 | 147 | SUPPLEMENT Brief Pursuant To Court Order re: 145 Order,, Set Deadlines, by Defendant Mark Brnovich. (Catlett, Michael) (Entered: 12/15/2022) |
| 12/16/2022 | 148 | NOTICE of Attorney Withdrawal *Kate B. Sawyer* filed by Kate Blakeley Sawyer. (Sawyer, Kate) (Entered: 12/16/2022) |
| 12/16/2022 | 149 | SUPPLEMENT Reply re: 145 Order,, Set Deadlines, 125 MOTION for Preliminary Injunction by Plaintiffs Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Sklarsky, Jessica) (Entered: 12/16/2022) |
| 12/30/2022 | 150 | NOTICE of Appearance by Anthony Roman Napolitano on behalf of Mark Brnovich. (Napolitano, Anthony) (Entered: 12/30/2022) |
| 01/13/2023 | 151 | NOTICE of Attorney Withdrawal *By Michael S. Catlett and Katlyn J. Divis* filed by Michael Shawn Catlett. (Catlett, Michael) (Entered: 01/13/2023) |
| 01/19/2023 | 152 | ORDER that Plaintiffs' renewed preliminary injunction motion (Doc. 125 ) is DENIED. See document for complete details. Signed by Judge Douglas L Rayes on 1/19/2023. (RMV) (Entered: 01/19/2023) |
| 01/19/2023 | 153 | NOTICE of Appearance by Joshua David R Bendor on behalf of Mark Brnovich. (Bendor, Joshua) (Entered: 01/19/2023) |
| 01/23/2023 | 154 | NOTICE OF ATTORNEY'S CHANGE OF EMAIL ADDRESS by Alexander Samuels. (Samuels, Alexander) (Entered: 01/23/2023) |
| 02/03/2023 | 155 | MOTION to Intervene *as Defendants* by Warren Petersen, Ben Toma. (Attachments: # 1 Proposed Order)(Theriot, Kevin) (Entered: 02/03/2023) |
| 02/08/2023 | 156 | *MOTION to Withdraw as Attorney by Defendant Kris Mayes. (Attachments: # 1 Attachment Consent by Client, # 2 Proposed Order Proposed Order)(Napolitano, Anthony) *Modified from Application to Motion on 2/9/2023 (KJ). (Entered: 02/08/2023) |
| 02/09/2023 | 157 | ORDER: IT IS ORDERED granting Defendant Mayes' 156 Application for Withdrawal of Counsel Brian M. Bergin and Anthony R. Napolitano. Attorneys Brian Bergin and Anthony Roman Napolitano are hereby withdrawn as counsel of record for the Arizona Attorney General. Defendant Kris Mayes continues to be represented by Joshua D. |

| | | Bendor and Alexander W. Samuels of the Arizona Attorney General's Office. Ordered by Judge Douglas L Rayes on 2/9/2023. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MMO) (Entered: 02/09/2023) |
|---|---|---|
| 02/17/2023 | 158 | *RESPONSE to Motion re: 155 MOTION to Intervene *as Defendants* filed by Arizona Medical Board, Patricia McSorley. (Harris, Marc) *Modified to add filer on 2/21/2023 (DXD). (Entered: 02/17/2023) |
| 02/17/2023 | 159 | RESPONSE in Opposition re: 155 MOTION to Intervene *as Defendants* filed by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Sklarsky, Jessica) (Entered: 02/17/2023) |
| 02/17/2023 | 160 | RESPONSE to Motion re: 155 MOTION to Intervene *as Defendants* filed by Kris Mayes. (Samuels, Alexander) (Entered: 02/17/2023) |
| 02/17/2023 | 161 | RESPONSE to Motion re: 155 MOTION to Intervene *as Defendants* filed by Arizona Department of Health Services. (Corcoran, Aubrey) Modified filers on 2/23/2023 (KJ). (Entered: 02/17/2023) |
| 02/21/2023 | 162 | NOTICE OF APPEAL to 9th Circuit Court of Appeals re: 152 Order on Motion for Preliminary Injunction by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. Filing fee received: $ 505.00, receipt number AAZDC-21619633. (Attachments: # 1 Attachment)(Sklarsky, Jessica) (Entered: 02/21/2023) |
| 02/21/2023 | 163 | MOTION to Stay *Proceedings Pending Appeal* by Arizona Medical Association, Arizona National Organization For Women, Paul A Isaacson, National Council of Jewish Women (Arizona Section) Incorporated, Eric M Reuss. (Attachments: # 1 Proposed Order) (Sklarsky, Jessica) (Entered: 02/21/2023) |
| 02/22/2023 | 164 | ORDER: IT IS ORDERED that Plaintiffs' 163 Motion to Stay is GRANTED. Proceedings in this mater are STAYED pending a decision from the Ninth Circuit on Plaintiffs' interlocutory appeal, except the parties may continue to brief and the Court will rule on the putative intervenors' motion to intervene. Plaintiffs shall file a written notice with the Court within 5 days of the Ninth Circuit's decision on their interlocutory appeal. Signed by Judge Douglas L Rayes on 2/22/23. (See attached Order for details.) (MMO) (Entered: 02/22/2023) |
| 02/22/2023 | 165 | USCA Case Number re: 162 Notice of Appeal. Case number 23-15234, Ninth Circuit. (BAC) (Entered: 02/22/2023) |
| 02/24/2023 | 166 | REPLY to Response to Motion re: 155 MOTION to Intervene *as Defendants* filed by Warren Petersen, Ben Toma. (Theriot, Kevin) (Entered: 02/24/2023) |
| 03/08/2023 | 167 | ORDER granting 155 Motion to Intervene. Signed by Judge Douglas L Rayes on 3/8/23. (SMF) (Entered: 03/08/2023) |
| 03/16/2023 | | Remark: Pro hac vice motion(s) granted for Lindsey Kaley on behalf of Plaintiffs Arizona Medical Association, Eric M Reuss. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (BAS) (Entered: 03/16/2023) |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 04/03/2023 07:28:04 |