UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAUL A. ISAACSON, M.D., on behalf of himself and his patients; et al.,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>KRISTIN K. MAYES, in her official capacity as Arizona Attorney General; et al.,<br><br>　　　　Defendants - Appellees,<br><br>　and<br><br>MICHAEL B. WHITING, County Attorney for Apache County, in his official capacity; et al.,<br><br>　　　　Defendants,<br><br>------------------------------<br><br>BEN TOMA and WARREN PETERSEN,<br><br>　　　　Intervenors - Pending. | No. 23-15234<br><br>D.C. No. 2:21-cv-01417-DLR<br>U.S. District Court for Arizona, Phoenix<br><br>**ORDER** |

　The amicus brief submitted by Constitutional and Federal Courts Scholars on April 27, 2023 is filed.

Within 7 days of this order, amici curiae are ordered to file 6 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT