No. 23-15234

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PAUL A. ISAACSON, M.D., et al.,
Plaintiffs-Appellant

v.

KRISTIN K. MAYES, Attorney General of Arizona, in her official capacity, et al.,
Defendants-Appellees,

and

WARREN PETERSON, Arizona Senate President, and BEN TOMA, Speaker of the House of Representatives,
Intervenors-Defendants/Proposed Appellees.

Appeal from the United States District Court
For the District of Arizona
No. 2:21-cv-01417-DLR

## DEFENDANTS' NOTICE OF NO POSITION ON APPEAL

KRISTIN K. MAYES
ATTORNEY GENERAL
(Firm State Bar No. 14000)

Joshua D. Bendor (No. 031908)
Alexander W. Samuels (No. 028926)
Hayleigh S. Crawford (No. 032326)
Luci D. Davis (No. 035347)

KRISTIN K. MAYES
ATTORNEY GENERAL
(Firm State Bar No. 14000)

Kevin Ray (No. 007485)
Aubrey Joy Corcoran (No. 025423)
Assistant Attorneys General
Education and Health Section

Assistant Attorneys General
2005 N. Central Ave.
Phoenix, AZ 85004-1592
Telephone: (602) 542-8958
Joshua.Bendor@azag.gov
Alexander.Samuels@azag.gov
Hayleigh.Crawford@azag.gov
Luci.Davis@azag.gov
ACL@azag.gov

*Attorneys for Defendant Kristin K. Mayes in her official capacity as Arizona Attorney General*

KRISTIN K. MAYES
ATTORNEY GENERAL
(Firm State Bar No. 14000)

Marc H. Harris (No. 013551)
Carrie H. Smith (No. 022701)
Assistant Attorneys General
Licensing and Enforcement Section
2005 N. Central Ave.
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7992
Telephone: (602) 542-7033
Fax: (602) 364-3202
LicensingEnforcement@azag.gov

*Attorneys for Defendants Patricia McSorley, Executive Director of the Arizona Medical Board, in her official capacity and the Arizona Medical Board*

2005 N. Central Ave.
Phoenix, AZ 85004
Telephone: (602) 542-8328
Fax: (602) 364-0700
EducationHealth@azag.gov

*Attorneys for Defendants Arizona Department of Health Services and Jennifer Cunico, in her official capacity as Interim Director of the Arizona Department of Health Services*

State Defendants Attorney General Kristin K. Mayes, the Arizona Medical Board and its Executive Director Patricia McSorley, and the Arizona Department of Health Services and its Interim Director Jennifer Cunico, give notice that these State Defendants are not taking any position on appeal and therefore will not be participating in the briefing or argument.

Respectfully submitted,

KRISTIN K. MAYES
ATTORNEY GENERAL

By /s/ Joshua D. Bendor
Joshua D. Bendor
Alexander W. Samuels
Hayleigh S. Crawford
Luci D. Davis
Assistant Attorneys General
*Attorneys for Defendant Kristin K. Mayes in her official capacity as Arizona Attorney General*

By /s/ Marc H. Harris
Marc H. Harris
Carrie H. Smith
Assistant Attorneys General
*Attorneys for Defendants Patricia McSorley, Executive Director of the Arizona Medical Board, in her official capacity and the Arizona Medical Board*

By /s/ Kevin Ray

Kevin Ray
Aubrey Joy Corcoran

Assistant Attorneys General
*Attorneys for Defendants Arizona Department of Health Services and Jennifer Cunico, in her official capacity as Interim Director of the Arizona Department of Health Services*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the above and foregoing for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

Dated this 18th day of May, 2023.

*/s/ Joshua D. Bendor*